IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC FLORES, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:12-cv-987-MEF |
| | ) |
| UNITED STATES ATTORNEY | ) |
| GENERAL, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

On November 26, 2012, the Magistrate Judge filed a Recommendation (Doc. #5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's complaint is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this the 17th day of December, 2012.

                                        /s/ Mark E. Fuller
                                UNITED STATES DISTRICT JUDGE